IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES                                                                                    PLAINTIFF

v.                            Case No. 2:14-CR-20001

IGNACIO OJENDIS-SANCHEZ                                                              DEFENDANT

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 15) from the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. Both parties have waived the right to object to the report and recommendation for the purpose of expediting acceptance of the guilty plea in this matter. (Doc. 14).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is ADOPTED IN ITS ENTIRETY.

Accordingly, for the reasons stated in the Magistrate Judge's report and recommendation, Defendant's guilty plea is accepted and the written plea agreement is tentatively approved, subject to final approval at sentencing.

IT IS SO ORDERED this 24th day of January, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE